

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00777-CV

Ericka Ann **ARRIAGA**,
Appellant

v.

Pedro **ARRIAGA**, Jr.,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI04324
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

SIGNED August 13, 2025.

_____
Adrian A. Spears II, Justice